680

No. 358. PORTER-WADLEY LUMBER CO. ET AL. *v.* BAILEY; and

No. 359. SAME *v.* PRUITT. October 14, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. John B. Files* and *Joseph H. Jackson* for petitioners. Reported below: 110 F. 2d 974.

Nos. 360 and 361. LONG ISLAND DRUG CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Otho S. Bowling* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *John A. Gage* for respondent.

No. 365. NATIONAL UNION FIRE INSURANCE CO. *v.* EGGERS, CLAIMANT. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Jos. M. Rault, Geo. H. Terriberry,* and *Walter Carroll* for petitioner. *Mr. Edward Arthur Kelly* for respondent.

No. 370. PALMER ET AL. *v.* McCARTHY. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward R. Brumley* for petitioners. *Mr. Thomas J. O'Neill* for respondent.

No. 372. WALL *v.* STATE BOARD OF BAR EXAMINERS. October 14, 1940. Petition for writ of certiorari to the Supreme Court of New Jersey denied. *Mr. William G. Wall* for petitioner. *Messrs. David T. Wilentz,* Attor-